IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT GEISER, SHAUN HALLORAN, AVERY ACKER, CHRISTINA AQUILINO, and JOSHUA FRASER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE SALVATION ARMY, a New York nonprofit corporation,<br><br>Defendant. | Case No. 22-cv-01968<br><br>**CLASS AND COLLECTIVE ACTION COMPLAINT FOR DAMAGES**<br><br>**DEMAND FOR JURY TRIAL** |

## PLAINTIFFS' NOTICE OF CONSENT FILING

PLEASE BE ON NOTICE that, pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Forms for the following persons:

Robert B. Glanz
Joseph Post
Chadwick Williams

DATED:  March 25, 2022                 Respectfully submitted,

                                                            COHEN MILSTEIN SELLERS & TOLL PLLC

By:  /s/ Kalpana Kotagal
    Joseph M. Sellers (Pro Hac Vice)
    Kalpana Kotagal (Atty. Reg. No. 4462792)
    1100 New York Ave., N.W.
    Suite 500
    Washington, D.C.  20005
    Tel.: (202) 408-4600
    Fax.: (202) 408-4699
    jsellers@cohenmilstein.com
    kkotagal@cohenmilstein.com

    Michael Hancock (Pro Hac Vice)
    Cohen Milstein Sellers & Toll PLLC
    88 Pine Street, 14th Floor
    New York, NY  10005
    Tel.: (212) 838-7797
    Fax.: (212) 838-7745
    mhancock@cohenmilstein.com

DATED:  March 25, 2022                 ROSEN BIEN GALVAN & GRUNFELD LLP

By:  /s/ Michael Freedman
    Gay Grunfeld (Pro Hac Vice forthcoming)
    Michael Freedman (Pro Hac Vice forthcoming)
    Priyah Kaul (Pro Hac Vice forthcoming)
    101 Mission Street, 6th Floor
    San Francisco, CA  94105
    Tel.: (415) 433-6830
    Fax.: (415) 433-7104
    ggrunfeld@rbgg.com
    mfreedman@rbgg.com
    pkaul@rbgg.com

DATED:  March 25, 2022                 RUKIN HYLAND & RIGGIN LLP

By:  /s/ Jessica Riggin
    Jessica Riggin (Pro Hac Vice forthcoming)
    Valerie Brender (Atty. Reg. No. 5203005)
    1939 Harrison St., Suite 290
    Oakland, CA 94612
    Telephone: (415) 421-1800

Facsimile: (415) 421-1700
jriggin@rukinhyland.com
vbrender@rukinhyland.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 25, 2022, I electronically filed "Plaintiff's Notice of Consent Filing" using the CM/ECF system, which will provide service of this filing on all parties of record.

*/s/Kalpana Kotagal*
Kalpana Kotagal
