UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ROBERT GEISER, *On Behalf of Themselves and All* :
*Others Similarly Situated*, et al., :
: 22-CV-1968 (JMF)
Plaintiffs, :
: ORDER WITHDRAWING
-v- : REFERENCE TO
: MAGISTRATE JUDGE
THE SALVATION ARMY, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On March 11, 2022, the Court referred this case to Magistrate Judge Cott for General Pretrial. *See* ECF No. 5. In light of the reassignment of this case to the undersigned, it is hereby ORDERED that the reference is WITHDRAWN.

    SO ORDERED.

Dated: April 19, 2022
       New York, New York
                                    JESSE M. FURMAN
                              United States District Judge