UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT GEISER, SHAUN HALLORAN, AVERY ACKER, CHRISTINA AQUILINO, AND JOSHUA FRASER, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>THE SALVATION ARMY, a New York nonprofit corporation,<br><br>              Defendant. | Civil Action No. 1:22-cv-01968-JMF-JLC |

## DECLARATION OF THOMAS P. GIES IN SUPPORT OF DEFENDANT THE SALVATION ARMY, A NEW YORK NONPROFIT CORPORATION'S MOTION TO DISMISS

I, Thomas P. Gies, hereby declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at the law firm of Crowell & Moring LLP and represent The Salvation Army, a New York nonprofit corporation ("the New York Corporation") in the above-captioned litigation. I am admitted to practice *pro hac vice* in the within matter, ECF No. 72.

2. I submit this declaration in support of the New York Corporation's Motion to Dismiss filed concurrently herewith.

3. Attached as **Exhibit A** to this Declaration is a true and correct copy of Plaintiffs' First Amended Collective and Class Action Complaint for Damages, ECF No. 55 (hereinafter, "FAC"), as referenced in The New York Corporation's Motion to Dismiss.

1

2

I, Thomas P. Gies, hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 27, 2022, at Washington, D.C.

                                        Respectfully submitted,

                                        By: */s/ Thomas P. Gies*
                                        Thomas P. Gies
                                        CROWELL & MORING LLP
                                        1001 Pennsylvania Avenue, N.W.
                                        Washington, DC  20004
                                        (202) 624-2500
                                        tgies@crowell.com