UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ROBERT GEISER, *On Behalf of Themselves and All* :
*Others Similarly Situated*, et al., :
: 22-CV-1968 (JMF)
Plaintiffs, :
: ORDER
-v- :
:
THE SALVATION ARMY, :
:
Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In light of Defendant's new motion to dismiss, *see* Docket No. 85, Defendant's earlier motion to dismiss filed at Docket No. 77 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **September 22, 2022**. Defendant's reply, if any, is due by **September 29, 2022**.

The Clerk of Court is directed to terminate Docket No. 77.

SO ORDERED.

Dated: September 9, 2022
New York, New York
                                                            _____
                                                            JESSE M. FURMAN
                                                            United States District Judge