# COHEN MILSTEIN

<div align="right">
Kalpana Kotagal<br>
(202) 589-2278<br>
(202) 408-4699<br>
kkotagal@cohenmilstein.com
</div>

November 4, 2022

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   *Geiser et al. v. The Salvation Army*, 1:22-cv-01968-JMF

Dear Judge Furman:

    Pursuant to Rule 3(G) of Your Honor's Individual Rules and Practices in Civil Cases, Plaintiffs write to respectfully request oral argument on Defendant's Motion to Dismiss. Dkt. 85. Although Defendant already requested oral argument, Dkt. 87 & 96, Plaintiffs write separately to request oral argument pursuant to Rule 2(F). Oral argument on this motion would afford the opportunity for a more junior attorney—Associate Rebecca Ojserkis—to gain courtroom experience where she played a substantial role in drafting Plaintiffs' Opposition to Defendant's Motion to Dismiss. *See* Dkt. 92.

    Thank you for the Court's consideration.

<div style="margin-left: 50%;">
Sincerely,

*/s/ Kalpana Kotagal*

Kalpana Kotagal
</div>