```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ROBERT GEISER, et al.,                                         :
                                                               :
                              Plaintiffs,                      :     22-CV-1968 (JMF)
                                                               :
              -v-                                              :         ORDER
                                                               :
THE SALVATION ARMY,                                            :
                                                               :
                              Defendant.                       :
                                                               :
---------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On June 27, 2023, counsel for Plaintiffs, Cohen Milstein Sellers & Toll PLLC, Rosen Bien Galvan & Grunfel LLP, and Rukin Hyland & Riggin LLP, filed a motion to withdraw as counsel for Plaintiff Robert Geiser and Opt-In Plaintiffs Jonathan Deininger and Tony Lemar Byrd. *See* ECF No. 135. By **June 30, 2023**, Plaintiffs' counsel shall serve (1) the motion and any supporting documents and (2) a copy of this Order on their clients, and by **July 5, 2023**, file proof of such service on the docket. *See* S.D.N.Y. Local Rule 1.4.

      Any opposition to the motion to withdraw shall be filed by **July 6, 2023**; any reply shall be filed by **July 10, 2023**. Unless and until the Court grants the motion, Cohen Milstein Sellers & Toll PLLC, Rosen Bien Galvan & Grunfel LLP, and Rukin Hyland & Riggin LLP remain counsel of record for Mr. Geiser, Mr. Deininger, and Mr. Byrd, and discovery shall proceed as scheduled. If these three Plaintiffs have secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

      SO ORDERED.

Dated: June 28, 2023  
      New York, New York

                                                                JESSE M. FURMAN  
                                                               United States District Judge