UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ROBERT GEISER, et al., :
:
                      Plaintiffs, :      22-CV-1968 (JMF)
:
      -v- :      <u>ORDER</u>
:
THE SALVATION ARMY, :
:
                      Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On June 14, 2023, counsel for Plaintiffs, Cohen Milstein Sellers & Toll PLLC, Rosen Bien Galvan & Grunfel LLP, and Rukin Hyland & Riggin LLP, filed a motion to withdraw as counsel for Plaintiff Shaun Halloram and Opt-In Plaintiffs John Thomas Davis, Kristina Descenza, and Joseph Fleisher.  *See* ECF No. 149.  By **July 19, 2023**, Plaintiffs' counsel shall serve (1) the motion and any supporting documents and (2) a copy of this Order on their clients, and by **July 21, 2023**, file proof of such service on the docket.  *See* S.D.N.Y. Local Rule 1.4.

      Any opposition to the motion to withdraw shall be filed by **July 24, 2023**; any reply shall be filed by **July 27, 2023**.  Unless and until the Court grants the motion, Cohen Milstein Sellers & Toll PLLC, Rosen Bien Galvan & Grunfel LLP, and Rukin Hyland & Riggin LLP remain counsel of record for Mr. Halloram, Mr. Davis, Ms. Descenza, and Mr. Fleisher, and discovery shall proceed as scheduled.  If these four Plaintiffs have secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

      SO ORDERED.

Dated: July 17, 2023
       New York, New York                  _____
                                                                     JESSE M. FURMAN
                                                           United States District Judge