UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT GEISER, et al., <br><br>                              Plaintiffs, <br><br>        -against- <br><br> THE SALVATION ARMY, <br><br>                              Defendant. | 22-cv-1968 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On August 29, 2023, the parties responded (Dkt. 170) to the Court's Notice of Reassignment (Dkt. 165). In addition to addressing the Notice's questions, which the Court appreciates, the parties requested an extension of the deadline to submit a proposed briefing schedule for class certification as well as an adjournment of the September 27, 2023, conference. The parties' request is denied. First, any request for court action should be presented in a letter motion pursuant to this Court's Individual Practices. Second, it is unclear why the "extensive discovery efforts underway" mean that the parties cannot even set a schedule for briefing of class certification at the present juncture. Given that the Court is not inclined to move the date for the parties to propose a class certification briefing schedule, the Court will maintain the status conference on September 27, 2023, on calendar.

        SO ORDERED.

Dated: August 30, 2023
       New York, New York

                                                        _____
                                                         ARUN SUBRAMANIAN
                                                         United States District Judge