UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT GEISER, et al., <br><br>          Plaintiffs, <br><br>    -against- <br><br> THE SALVATION ARMY, <br><br>          Defendant. | 22-cv-1968 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On July 25, 2023, the Court granted counsel's motion to withdraw and required the following:

> [N]o later than August 25, 2023, Mr. Halloran, Mr. Davis, Ms. Descenza, and Mr. Fleischer shall file letters indicating that they intend to further prosecute this lawsuit. If any of them fails to file such a letter or to otherwise indicate an intent to proceed, the Court will dismiss that plaintiff's claims without further notice, as abandoned and/or for failure to prosecute.

Dkt. 156.

  None of those plaintiffs has filed such a letter. By **September 5, 2023, at 5:00 p.m.**, remaining counsel for Plaintiffs shall advise the Court on the proper course of action as to plaintiffs Halloran, Davis, Descenza, and Fleischer. If counsel suggests dismissing their claims, they should advise as to whether that dismissal should be with or without prejudice.

  SO ORDERED.

Dated: August 30, 2023
   New York, New York

                    _____
                      ARUN SUBRAMANIAN
                     United States District Judge