UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT GEISER, et al.,<br><br>        Plaintiffs,<br><br>   -against-<br><br>THE SALVATION ARMY,<br><br>        Defendant. | 22-cv-1968 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On July 7, 2023, the Court granted counsel's motion to withdraw and required the following:

> [N]o later than August 7, 2023, Mr. Geiser, Mr. Deininger, and Mr. Byrd shall file letters indicating that they intend to further prosecute this lawsuit. If any of them fails to file such a letter or to otherwise indicate an intent to proceed, the Court will dismiss that plaintiff's claims without further notice, as abandoned and/or for failure to prosecute.

Dkt. 142.

  On July 25, 2023, the Court issued materially the same order with respect to Plaintiffs Halloran, Davis, Descenza, and Fleischer. Dkt. 156.

  None of those plaintiffs has filed such a letter. By **September 8, 2023, at 5:00 p.m.**, Defendant shall advise the Court as to whether Defendant will move to dismiss these plaintiffs or if Defendants recommend that the Court dismiss these plaintiffs sua sponte. Defendant should also advise as to whether that dismissal should be with or without prejudice.

  SO ORDERED.

Dated: September 6, 2023
    New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge