UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT GEISER, et al.,

                     Plaintiffs,

        -against-

THE SALVATION ARMY,

                    Defendant.

22-cv-1968 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

On July 7, 2023, the Court granted counsel's motion to withdraw with respect to Plaintiffs Robert Geiser, Jonathan Deininger, and Tony Byrd. The Court also directed those Plaintiffs to file letters and warned them that their case would be dismissed if they failed to do so:

> [N]o later than August 7, 2023, Mr. Geiser, Mr. Deininger, and Mr. Byrd shall file letters indicating that they intend to further prosecute this lawsuit. If any of them fails to file such a letter or to otherwise indicate an intent to proceed, the Court will dismiss that plaintiff's claims without further notice, as abandoned and/or for failure to prosecute.

Dkt. 142.

On July 25, 2023, the same situation arose for Plaintiffs Shaun Halloran, John Davis, Kristina Descenza, and Joseph Fleischer, and the Court issued the same warning:

> [N]o later than August 25, 2023, Mr. Halloran, Mr. Davis, Ms. Descenza, and Mr. Fleischer shall file letters indicating that they intend to further prosecute this lawsuit. If any of them fails to file such a letter or to otherwise indicate an intent to proceed, the Court will dismiss that plaintiff's claims without further notice, as abandoned and/or for failure to prosecute.

Dkt. 156.

None of these Plaintiffs has filed such a letter, so their claims are hereby DISMISSED WITHOUT PREJUDICE as abandoned and for failure to prosecute.

SO ORDERED.

Dated: September 11, 2023
      New York, New York

                              ARUN SUBRAMANIAN
                              United States District Judge