UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVERY ACKER, et al.,<br><br>                        Plaintiff(s),<br><br>        -against-<br><br>THE SALVATION ARMY,<br><br>                        Defendant(s). | 22-cv-1968 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      On September 25, 2023, counsel for Plaintiffs filed a motion to withdraw as counsel for Plaintiff Joshua Fraser. Dkt. 186. By September 27, 2023, Plaintiffs' counsel shall serve (1) the motion and any supporting documents and (2) a copy of this Order on Mr. Fraser. By September 29, 2023, counsel shall file proof of such service on the docket. Any opposition to the motion to withdraw shall be filed by October 4, 2023. Unless and until the Court grants the motion, counsel for Plaintiffs remain counsel of record for Mr. Fraser.

      SO ORDERED.

Dated: September 26, 2023
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                    United States District Judge