UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVERY ACKER, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> THE SALVATION ARMY, <br><br> Defendant. | 22-cv-1968 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

As discussed at the September 26, 2023, conference:

- By October 3, 2023, Plaintiffs shall submit a letter designating lead trial counsel.

- By October 10, 2023, the parties shall submit a joint letter, not to exceed five pages (split evenly if the parties cannot agree), discussing formal and informal coordination options with *Clancy v. The Salvation Army*, 1:22-cv-01250 (N.D. Ill.), and *Alvear v. The Salvation Army*, 1:22-cv-00979-SEG (N.D. Ga.).

- On November 7, 2023, at 1:00 p.m., the parties shall appear for a remote status conference. The parties should call 646-453-4442 and enter Phone Conference ID 257 772 31, followed by the pound sign (#).

SO ORDERED.

Dated: September 27, 2023
New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge