UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVERY ACKER, et al., <br><br>                        Plaintiffs, <br><br>     -against- <br><br> THE SALVATION ARMY, <br><br>                        Defendant. | 22-cv-1968 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

      On October 6, 2023, the Court granted counsel's motion to withdraw with respect to Plaintiff Joshua Fraser. The Court also directed Mr. Fraser to file a letter and warned him that his case would be dismissed if he failed to do so:

> [N]o later than November 5, 2023, Mr. Fraser shall file a letter indicating that he intends to further prosecute this lawsuit. If he fails to file such a letter or to otherwise indicate an intent to proceed, the Court will dismiss his claims without further notice, as abandoned and/or for failure to prosecute.

Dkt. 195.

      Mr. Fraser has not filed such a letter, so his claims are hereby DISMISSED WITHOUT PREJUDICE as abandoned and for failure to prosecute. The Clerk of Court is directed to terminate Joshua Fraser from the docket.

      SO ORDERED.

Dated: November 7, 2023
       New York, New York

                                                          ARUN SUBRAMANIAN
                                                          United States District Judge