

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: April 1, 2025

March 25, 2025

*VIA CM/ECF*
The Honorable Arun Subramanian
United States District Court
Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

Re:   *Avery Acker et al. v. The Salvation Army*, 1:22–cv–01968-AS (S.D.N.Y.)

Dear Judge Subramanian:

Plaintiffs write to seek clarification on the Court's Order with respect to Defendant's letter motion. Dkt. 229, 230. **Plaintiffs wish to confirm that they may wait to substitute new named plaintiffs until after this Court's stay is lifted.** Contrary timing would run afoul of the purpose of the stay in the first place: efficient litigation of one of the three parallel cases. *See* Dkt. 209 ("Order").

Thank you in advance for the Court's clarification.

Sincerely,

*/s/ Rebecca A. Ojserkis*
Christine E. Webber
Joseph M. Sellers
Rebecca A. Ojserkis
1100 New York Ave. N.W., Suite 800
Washington, D.C. 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
cwebber@cohenmilstein.com
jsellers@cohenmilstein.com
rojserkis@cohenmilstein.com

Michael Hancock
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
mhancock@cohenmilstein.com

*/s/ Michael Freedman*
Michael Freedman
Gay Grunfeld
101 Mission Street, 6th Floor
San Francisco, CA 94105
Tel.: (415) 433-6830
Fax: (415) 433-7104
mfreedman@rbgg.com
ggrunfeld@rbgg.com

*/s/ Jessica Riggin*
Jessica Riggin
1939 Harrison St., Suite 925
Oakland, CA 94612
Tel.: (415) 421-1800
Fax: (415) 421-1700
jriggin@rukinhyland.com

*Counsel for Plaintiffs*