UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVERY ACKER, CHRISTINA AQUILINO,
MICHAEL CENTANNI, WILLIAM PERRY,
STEPHEN BUCK, DANIEL SEXTON,
EDWARD KENT, MELVIN POWELL, JR.,
and WILLIAM GOODY, on behalf of
themselves and all others similarly situated,

Plaintiffs,

-against-

THE SALVATION ARMY, a New York
nonprofit corporation,

Defendant.

22-CV-1968 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

By **Thursday, January 22, 2026**, the parties shall submit a joint status report concerning the parallel actions and whether a stay continues to be warranted here.

SO ORDERED.

Dated: January 8, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge