UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVERY ACKER, CHRISTINA AQUILINO, MICHAEL CENTANNI, WILLIAM PERRY, STEPHEN BUCK, DANIEL SEXTON, EDWARD KENT, MELVIN POWELL, JR., and WILLIAM GOODY, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>          -against-<br><br>THE SALVATION ARMY, a New York nonprofit corporation,<br><br>          Defendant. | 22-CV-1968 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

By **Thursday, April 30, 2026**, the parties should provide a joint report to the Court on the decision in *Clancy* and the path forward in this case now that that case has concluded.

SO ORDERED.

Dated: April 16, 2026
     New York, New York

_____
     ARUN SUBRAMANIAN
     United States District Judge