# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AVERY ACKER, CHRISTINA AQUILINO, MICHAEL CENTANNI, WILLIAM PERRY, STEPHEN BUCK, DANIEL SEXTON, EDWARD KENT, MELVIN POWELL, JR., and WILLIAM GOODY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE SALVATION ARMY, a New York non-profit corporation,<br><br>    Defendant. | Case No. 1:22-cv-01968-AS<br><br>**PROPOSED ORDER** |

**IT IS HEREBY ORDERED** that the stay in this case previously ordered by the Court on November 21, 2023, *see* Dkt. No. 209, shall remain in effect until 30 days following the conclusion of appellate proceedings in the U.S. Court of Appeals for the Seventh Circuit in *Clancy v. The Salvation Army,* 22-cv-01250 (N.D. Ill.) & 26-1715/26-1885 (7th Cir.)—meaning the latest of the following: (1) a panel decision in Seventh Circuit is issued and no party files a petition for rehearing or rehearing en banc; (2) the denial of a party's petition for rehearing or rehearing en banc; or (3) a decision issued following the grant of a party's petition for rehearing or rehearing en banc.

Plaintiffs' unopposed motion to continue the stay in this case is GRANTED. The Clerk of Court is respectfully directed to terminate Dkt. 248.

**SO ORDERED**.

Date:  May 13, 2026

_____

Hon. Arun Subramanian
Judge, U.S. District Court for the Southern District of New York

1